```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 20617
    FELIX R HERNANDEZ
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-5253


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/05/2007 and was not confirmed.

     The case was dismissed without confirmation 04/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    19800.00            .00             .00
GRAYSTONE SOLUTIONS       CURRENT MORTG         .00            .00             .00
GRAYSTONE SOLUTIONS       MORTGAGE ARRE     4500.00            .00             .00
OCWEN FEDERAL BANK        CURRENT MORTG         .00            .00             .00
OCWEN FEDERAL BANK        MORTGAGE ARRE         .00            .00             .00
CITY OF CHICAGO WATER DE  UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00             .00
COMCAST                   UNSECURED        NOT FILED           .00             .00
SPRINT PCS                UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         2591.18            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED           .00             .00
AT&T                      UNSECURED        NOT FILED           .00             .00
WELLS FARGO               NOTICE ONLY      NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,250.00                      2,070.00
TOM VAUGHN                TRUSTEE                                           180.00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,250.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,070.00
TRUSTEE COMPENSATION                              180.00
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                    2,250.00              2,250.00



                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20617 FELIX R HERNANDEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 20617 FELIX R HERNANDEZ